**J. C. JOHNSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27125.**

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Robbery is the offense, with punishment assessed at twenty years in the penitentiary.

The record contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.